UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 18-21417 |
| | ) | |
| JAMES KUCHARZ | ) | Chapter: 7 |
| HELEN KUCHARZ, | ) | Honorable Pamela S. Hollis |
| | ) | |
| | ) | Joliet |
| Debtor(s) | ) | |

**ORDER GRANTING**
**TRUSTEE'S MOTION TO EXTEND TIME TO OBJECT TO DISCHARGE**

THIS MATTER COMING TO BE HEARD on Trustee's Motion to Extend Time to Object to Discharge; due notice having been given; movant having appeared; and the Court being advised in the premises;

IT IS HEREBY ORDERED:

1. The date by which Trustee may timely file an objection to Debtors' discharge is hereby extended through and including December 30, 2018.

Enter:

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated:  November 02, 2018

**Prepared by:**

Joji Takada
TAKADA LAW OFFICE, LLC
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
Tel: 773-790-4888